JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIRGIL ANN LEE, as an individual and as Guardian Ad Litem for SIDNEY JONES, | ) ) ) ) ) | Case No. CV 06-5759-VAP (MLGx) |
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| CITY OF LOMPOC, CITY OF LOMPOC POLICE DEPARTMENT; COUNTY OF SANTA BARBARA; THOMAS W. SNEDDON; JERALD F. MCBETH; SYLVIA LAZOS; OFFICER HUTCHINS, OFFICER COLOMBO, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  January 8, 2008

_____
VIRGINIA A. PHILLIPS
United States District Judge